NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

JASMIN SALVADOR AQUINO a/k/a
JASMIN AQUINO SALVADOR, ALEX
and EDNA DY, CESAR G. and
MILDRED A. ESTACIO, JUAN
CARLOS GIRALDO, MARILOU
LELINA,

   Plaintiffs,

   v.

AURORA LOAN SERVICES LLC,
EQUAL HOUSING LENDING, JOHN
DOE 1-10.,

   Defendant.

**Hon. Dennis M. Cavanaugh**

**ORDER**

Civil Action No. 11-CV-05518 (DMC)(JAD)

---

<u>DENNIS M. CAVANAUGH, U.S.D.J.</u>:

This matter comes before the Court upon motion by Aurora Loan Services, LLC ("Defendant" or "Aurora") pursuant to FED. R. CIV. P. 12(b)(6) to dismiss the Complaint in this action. Pursuant to FED. R. CIV. P. 78, no oral argument was heard. Upon careful consideration of the submissions of the parties, and based upon the Court's Opinion filed this day;

IT IS this _28_ day of June, 2012;

**ORDERED** that Defendants' motion to dismiss is **granted**.

                 _____
                 Dennis M. Cavanaugh, U.S.D.J.

Original: Clerk
cc:   All Counsel of Record
    Hon. Joseph Dickson, U.S.M.J.