NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASMIN SALVADOR AQUINO a/k/a JASMIN AQUINO SALVADOR, ALEX and EDNA DY, CESAR G. and MILDRED A. ESTACIO, JUAN CARLOS GIRALDO, MARILOU LELINA, <br><br> Plaintiffs, <br><br> v. <br><br> AURORA LOAN SERVICES LLC, EQUAL HOUSING LENDING, JOHN DOE 1-10., <br><br> Defendant. | **Hon. Dennis M. Cavanaugh** <br><br> **ORDER** <br><br> Civil Action No. 11-CV-05518 (DMC)(JAD) |

<u>DENNIS M. CAVANAUGH, U.S.D.J.</u>:

This matter comes before the Court upon motion by Aurora Loan Services, LLC ("Defendant" or "Aurora") pursuant to FED. R. CIV. P. 12(b)(6) to dismiss the Complaint in this action. Pursuant to FED. R. CIV. P. 78, no oral argument was heard. Upon careful consideration of the submissions of the parties, and based upon the Court's Opinion filed this day;

IT IS this 28 day of June, 2012;

**ORDERED** that Defendants' motion to dismiss is **granted**.

_____
Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk
cc:         All Counsel of Record
            Hon. Joseph Dickson, U.S.M.J.